United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRETT MERIANNY,
Plaintiff,
v.
WAL-MART ASSOCIATES INC.,
Defendant.

Case No. 26-cv-03265-HSG

**SCHEDULING ORDER**

A case management conference was held on August 4, 2026. Having considered the parties' proposal, *see* Dkt. No. 19, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | October 30, 2026 |
| Close of Fact Discovery | January 22, 2027 |
| Exchange of Opening Expert Reports | February 12, 2027 |
| Exchange of Rebuttal Expert Reports | March 5, 2027 |
| Close of Expert Discovery | March 26, 2027 |
| Dispositive Motion Hearing Deadline | May 27, 2027, at 2:00 p.m. |
| Pretrial Conference | August 31, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | September 20, 2027, at 8:30 a.m. |

//

//

//

//

United States District Court
Northern District of California

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 8/12/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge